# MEMORANDUM CASES.

[Civ. No. 2123. First Appellate District.—February 18, 1918.]

CHARLES H. TAYLOR, Appellant, v. BOARD OF POLICE COMMISSIONERS OF THE CITY AND COUNTY OF SAN FRANCISCO, et al., Respondents.

MUNICIPAL CORPORATIONS—DISMISSAL OF POLICE OFFICERS—SAN FRANCISCO CHARTER.—Judgment affirmed on the authority of *MacPhee v. Board of Police Commissioners of the City and County of San Francisco et al., ante,* p. 308.

APPEAL from a judgment of the Superior Court of the City and County of San Francisco. Franklin A. Griffin, Judge.

The facts are identical with those stated in the opinion in the case of *MacPhee v. Board of Police Commissioners of the City and County of San Francisco et al., ante,* p. 308.

Nathan C. Coghlan, E. V. McKenzie, and A. L. O'Grady, for Appellant.

Geo. Lull, City Attorney, and Maurice T. Dooling, Jr., Assistant City Attorney, for Respondents.

BEASLY, J., *pro tem.*—This case is identical in all respects with that of *MacPhee v. Board of Police Commissioners et al., ante,* p. 308, [171 Pac. 1086], and upon the authority of that case the judgment herein is affirmed.

Lennon, P. J., and Kerrigan, J., concurred.